UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LOUIS H YOUNG ) <br> ) <br> Defendant. ) | 2:04-CR-301-PMP-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#109), sentencing having been imposed on February 23, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $69,830.00

**Total Amount of Restitution ordered:** $69,830.00

Dated this _____ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE